# UNITED STATES DISTRICT COURT
*District of Nebraska*

Erin McDermott, et. al. , Plaintiff,

Case No: 09-04076-TLS

v.

Appearing on behalf of: Plaintiffs

Premium Protein Products, L.Defendant.

## APPLICATION FOR ADMISSION PRO HAC VICE

I, Maura McKenna , do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of PA and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

KHHB&E (Klehr, Harrison, et. al.) (Law Firm)
260 S. Broad Street (Mailing Address)
Philadelphia, PA 19102-5003 (City, State, Zip)
215-568-6060/215-568-6603 (fx) (Telephone/Fax Number)

202940 (Bar Code if Bar Applicable)

I, Maura McKenna , being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

DATED this 15th day of December , 2009.

(Signature of Petitioner)

---

**(This portion must be completed and signed by the clerk of the highest court in any state in which the petitioner is admitted to practice)**

I hereby certify that the petitioner is a member of the highest court of the state of Pennsylvania as certified by the petitioner above. DATED this 3rd day of December , 2009.

Clerk of the Supreme Court of the
State of Pennsylvania

(Please sign name)

Charles Johns
(Please print name)

---

IS ORDERED: Petitioner is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **for this case only.**

DATED this 22nd day of JANUARY, 2010.

(Deputy Clerk)

Given over Counter
COPIES MAILED ON 1/22/10

Last update 01/13/09